JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN T. HILL, <br><br> Petitioner, <br><br> v. <br><br> JOSIE GASTELO, <br><br> Respondent. | Case No. 2:20-cv-11015-MWF-JC <br><br> JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed.

IT IS SO ADJUDGED.

DATED: April 11, 2022

*[signature]*

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE